The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANGENSIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STREAMLINE, LLC, <br><br> Defendant. | NO. 2:23-cv-01749-RSM <br><br> **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

**STIPULATION**

The parties hereby stipulate as follows:

1. Greg C. Noschese and Jordan R. Curry of the law firm of MUNSCH HARDT KOPF & HARR, PC, located at 500 N. Akard Street, Ste. 3800, Dallas, TX 75201-6659 shall withdraw as Attorney of Record for defendant Streamline LLC;

2. Hana A. Kern and Matthew B. Audish of the law firm of RYAN, SWANSON & CLEVELAND, PLLC, located at 401 Union Street, Suite 1500, Seattle, Washington 98101-2668 shall be substituted as Attorney of Record for defendant Streamline LLC;

3. Copies of all further papers and proceedings herein, except original process, shall be served upon the substituting Attorney of Record; and

4. This withdrawal and substitution of attorneys will be effective immediately.

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1
Cause No.: 2:23-cv-01749-RSM

4874-7516-4049.1



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

DATED this 28th day of November, 2023.

By *s/ Greg C. Noschese*
   *s/ Jordan R. Curry*
Greg C. Noschese
Texas State Bar No. 00797164
Email: gnoschese@munsch.com
Jordan R. Curry
Texas State Bar No. 24116242
Email: jcurry@munsch.com
MUNSCH HARDT KOPF & HARR, PC
500 N. Akard Street, Ste. 3800
Dallas, TX 75201-6659
Tel: (214) 880-1004
Fax: (214) 855-7584
*Withdrawing Attorneys for Defendant*

By *s/ Hana A. Kern*
   *s/ Matthew B. Audish*
Hana A. Kern, WSBA #21595
Matthew B. Audish, WSBA #59325
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington 98101-2668
Telephone: (206) 464-4224
kern@ryanlaw.com
audish@ryanlaw.com
*Substituting Attorneys for Defendant*

By *s/ Caitlin Rowe*
Caitlin Rowe
Texas State Bar No. 24124334
Email: corporate@kodemlaw.com
KODEM LAW FIRM, PLLC
150 w John Carpenter Fwy, Ste. 130
Irving, TX 75039
Tel: (888) 955-6634
Fax: (817) 778-9980
*Attorneys for Plaintiff*

**ORDER**

Pursuant to the parties' Stipulation it is hereby Ordered:

Greg C. Noschese and Jordan R. Curry of the law firm of MUNSCH HARDT KOPF & HARR, PC, located at 500 N. Akard Street, Ste. 3800, Dallas, TX 75201-6659 hereby withdraw as Attorney of Record for defendant Streamline LLC, and

Hana A. Kern and Matthew B. Audish of the law firm of RYAN, SWANSON & CLEVELAND, PLLC, located at 401 Union Street, Suite 1500, Seattle, Washington 98101-2668 are hereby substituted as Attorney of Record for defendant Streamline LLC; and

Copies of all further papers and proceedings herein, except original process, shall be

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2
Cause No.: 2:23-cv-01749-RSM

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4874-7516-4049.1

served upon the substituting Attorney of Record.

ORDERED this 30th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Hana A. Kern*
Hana A. Kern WSBA #21595
Matthew B. Audish, WSBA #59325
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
kern@ryanlaw.com
audish@ryanlaw.com
***Substituting Attorneys for Defendant***

*s/ Greg C. Noschese*
*s/ Jordan R. Curry*
Greg C. Noschese
Texas State Bar No. 00797164
Email: gnoschese@munsch.com
Jordan R. Curry
Texas State Bar No. 24116242
Email: jcurry@munsch.com
MUNSCH HARDT KOPF & HARR, PC
500 N. Akard Street, Ste. 3800
Dallas, TX 75201-6659
Tel: (214) 880-1004
Fax: (214) 855-7584
***Withdrawing Attorneys for Defendant***

*s/ Caitlin Rowe*
Caitlin Rowe
Texas State Bar No. 24124334

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 3
Cause No.: 2:23-cv-01749-RSM

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4874-7516-4049.1

Email: corporate@kodemlaw.com
KODEM LAW FIRM, PLLC
150 w John Carpenter Fwy, Ste. 130
Irving, TX 75039
Tel: (888) 955-6634
Fax: (817) 778-9980
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 29th day of November, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*s/ Shawn Menning*
Shawn Menning, Legal Assistant
menning@ryanlaw.com

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 4
Cause No.: 2:23-cv-01749-RSM



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

4874-7516-4049.1