The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TANGENSIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> STREAMLINE, LLC, <br><br> Defendant. | NO. 2:23-cv-01749-RSM <br><br> **ORDER GRANTING STIPULATED MOTION AND AGREED ORDER GRANTING LEAVE TO AMEND DEFENDANT STREAMLINE, LLC'S ORIGINAL ANSWER** |

Before the Court is the Parties' Stipulated Motion and Agreed Order Granting Leave to Amend Defendant Streamline, LLC's Original Answer (the "Motion") in the District Court, 191st Judicial District Dallas, County, Texas, Cause No. DC 23-07660. Plaintiff, Tangensis, Inc., has stipulated to this request. Accordingly, for good cause shown and consistent with the Parties' agreement, the Motion is granted.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Parties' Stipulated Motion and Agreed Order Granting Leave to Amend Defendant Streamline, LLC's Original Answer in the District Court, 191st Judicial District Dallas, County, Texas, Cause No. DC 23-07660, is **GRANTED**.

**A.** Defendant, Streamline, LLC, shall file its Amended Answer and Counterclaims **by no later than two weeks from the date of this Order.**

ORDER GRANTING STIPULATED MOTION AND
AGREED ORDER GRANTING LEAVE TO AMEND
DEFENDANT STREAMLINE, LLC'S ORIGINAL
ANSWER - 1
NO. 2:23-cv-01749-RSM



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

1  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide
2  copies to all counsel.
3  **DATED** this 8th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION AND
AGREED ORDER GRANTING LEAVE TO AMEND
DEFENDANT STREAMLINE, LLC'S ORIGINAL
ANSWER - 2
NO. 2:23-cv-01749-RSM



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224