Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TANGENSIS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STREAMLINE, LLC,<br><br>　　　　　Defendant. | NO. 2:23-cv-01749 RSM<br><br>ORDER OF DISMISSAL |

　　　　Based upon the parties' Stipulated Motion for Dismissal, and the Court having reviewed the files and records herein,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is DISMISSED with prejudice and with each party bearing its own attorneys' fees and costs. The Clerk of the Court is directed to strike any and all hearings, motions, and trial setting of July 21, 2025, from the Court's calendar.

　　　　SO ORDERED this 27th day of February, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 1
(2:23-cv-01749 RSM)

TAN022-0001

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020